UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

CALIFORNIA ASSET INVESTMENT GROUP, LLC,

    Defendant.

Case No. 19-cv-02686-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, all currently scheduled dates are hereby vacated. The parties are required to file a stipulation for dismissal by **November 11, 2019**. If the stipulation is not filed by that date, the parties are ordered to appear on **November 21, 2019 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED**.

Dated: September 11, 2019

RICHARD SEEBORG
United States District Judge